# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DANA STINSON LOPEZ,<br><br>      Plaintiff,<br>v.<br><br>NUTEX HEALTH INC et al,<br><br>      Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:24-cv-05773-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the case be dismissed without prejudice.

 Dated July 11, 2025.

                <u>Ravi Subramanian</u>
                Clerk of Court

                <u>*/s/Morgan Hinton*</u>
                Deputy Clerk